[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Oct. 5, 2009
THOMAS K. KAHN
CLERK

_____

No. 09-10347
Non-Argument Calendar

_____

D. C. Docket No. 08-00078-CR-3-MCR

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LARRY LYDELL SAULSBERRY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(October 5, 2009)

Before CARNES, WILSON and HILL, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Larry Lydell Saulsberry, has filed a

motion to withdraw on appeal, supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Saulsberry's conviction and sentence are **AFFIRMED**.